```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     UNITED STATES OF AMERICA

                    Plaintiff(s)

        -vs-                                   04-CR-6126T

     MICHAEL GRAY

                    Defendant(s)

_____
```

   The above case is transferred from Hon. Michael A. Telesca to Hon. David G. Larimer.

   SO ORDERED.

                  _S/ MICHAEL A. TELESCA_
                  MICHAEL A. TELESCA
                  United States District Judge

Dated: Rochester, New York
     September 26, 2005