UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

vs

MICHAEL R. GRAY

        Defendant.

ORDER

6:04-CR-6126 (1)

---

The sum of $500.00 was deposited in the Registry of this Court on September 16, 2004 by Jeffrey A. Chiles, the Surety herein, on behalf of the Defendant, Michael R. Gray, to secure his appearance before this Court and to answer to charges pending against him.

On January 5, 2006, before the Hon. David G. Larimer, the Defendant pled guilty and on April 5, 2006 was sentenced to the custody of the Bureau of Prisons for a term of 36 months, followed by 2 years supervised release. The Defendant was also ordered to pay a special penalty assessment in the amount of $200.00 which has been paid in full.

N O W, upon request by Jeffrey A. Chiles, the Surety herein, for refund of said bail and certification that original District Court receipt 600-66753 was lost or misplaced, it is

O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check in the amount of $500.00 made payable to Jeffrey A. Chiles, representing the refund of the said cash bail.

                                                DAVID G. LARIMER
                                                UNITED STATES DISTRICT JUDGE

Dated:   September 19, 2008
              Rochester, New York